THE METROPOLITAN SAVINGS BANK, Respondent, v. FRIEND L. TUTTLE, as Executor of and Trustee under the Last Will and Testament of ANGELO UBRIACO, Deceased, and Others, Appellants, Impleaded with Others, Defendants.— Judgment and order, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

NATHAN FRIED, Appellant, v. R. J. REYNOLDS TOBACCO COMPANY, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GORDON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

STANDARD ACCIDENT INSURANCE COMPANY, Appellant, v. THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Determination unanimously affirmed, with costs and disbursements, on the ground that there was no proof of actionable negligence on the part of the defendant. Present —Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SERGE RUBINSTEIN, Respondent, v. ANDRE RUBINSTEIN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LARRY KLEIN, Appellant.— Judgment unanimously reversed and the information dismissed, on the ground that the defendant's guilt was not established beyond a reasonable doubt. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANNA TIKALSKY, Respondent, v. MABERG HOLDING CORP. and Others, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LUMBERMEN'S INSURANCE COMPANY OF PHILADELPHIA, Appellant, v. RUSSEKS FIFTH AVENUE, INC., Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LOUISE H. BRAZILL, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GLORIA SCHLICHER and EMIL SCHLICHER, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [175 Misc. 696.]

CARON CORPORATION, Appellant, v. R. K. O. RADIO PICTURES, INC., Respondent.— Judgment, and the orders entered March 14, 1941, and April 18, 1941, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.